IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

DAVID CALDWELL
    Petitioner

Vs.

CASE NO.: 3:04-CV-930-SRU
3:02-CR-54-SRRU

UNITED STATES
    Respondent
_____/

## MOTION FOR AN ORDER OF PRODUCTION AND ABEYANCE

**COMES NOW,** the Petitioner and acting in a Pro-se status, motions this Honorable Court for an Order directing the Government to send the Petitioner a copy of trial counsel Affidavit, and for an Order of Abeyance until Petitioner can respond to the Respondent's reply. In support he states the following.

On March 5th, 2005, Petitioner received the Government response to his Declaration in support of his § 2255, in such response the Government makes two assertion, there are as follows:

(1) Based on trial counsel's Affidavit to the Honorable Court Petitioner waived his right to appeal;

(2) The rule announced in **United States v. Booker,** 125 S. Ct. 738 (2005) was not retroactive and applicable to habeas corpus.

In order for the Petitioner to properly respond to the Government's assertion he needs to review the Affidavit submitted by trial counsel. The Government did in fact forward a copy of their response, however, it didn't have trial counsel's Affidavit attached as an exhibit.

Petitioner needs to review such Affidavit to properly respond to the Government's reply. Petitioner would then need 30 days to submit a proper response to both of the Government's assertion.

## CONCLUSION

**WHEREFORE,** Petitioner hopes and pray that this Honorable Court will grant an Order directing the Respondent to provide Petitioner wit a copy of trial counsel's Affidavit, and to grant Petitioner a 30 day period to file a response to the Government's reply.

Respectfully submitted

_____
David Cadwell, Pro-se
Reg. #14469-014
F.C.I. Otisville
P.O. Box 1000
Otisville
New York 10963

### CERTIFICATE OF SERVICE

**I HEREBY,** certify that a true and correct copy of the foregoing was mailed to Anthony E. Kaplan, A.U.S.A. at 157 Church Street, P.O. Box 1824, New Haven, CT. 06508, on this 9th day of March in the year of 2005, by paid First Class United States Postage Stamp.

Respectfully submitted

_____
David Cadwell, Pro-se