United States Attorney  
District of Connecticut

**FILED**

2005 OCT -3 P 1:36

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Connecticut Financial Center  (203) 821-3700
157 Church Street
P.O. Box 1824
New Haven, Connecticut 06510       Fax (203) 773-5376

September 30, 2005

The Honorable Stefan R. Underhill
United States District Court Judge
United States Courthouse
915 Lafayette Blvd.
Bridgeport, Ct. 06604

<u>United States v. David Caldwell</u>
No. 3:02CR54 (SRU)

Dear Judge Underhill:

Reference is made to the Court's order of March 24, 2005, directing that I provide the defenant with a copy of the Affidavit of Alexander Schwartz, Esq., filed on March 1, 2005. Pursuant to the Court's Order, on March 28, 2005, I sent the defendant via certified mail return receipt requested that affidavit. The return receipt reflects delivery to FCI Otisville on March 30, 2005.

I would respectfully ask that this letter be docketed

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

ANTHONY E. KAPLAN
ASSISTANT UNITED STATES ATTORNEY.

cc: David Caldwell