Honorable Stefan R. Underhill
U.S. District Court for the
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

FILED August 20, 2008

2008 AUG 28  A 8:58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Re: United States v. David Caldwell
    No. 3:02CR54 (SRU)

Dear Judge Underhill:

My name is David M. Caldwell and I am presently incarcerated at F.C.I 1, Butner, North Carolina where I am about to inter the 500 hour Residential Drug Abuse Program.

Your Honor sentenced me on April 9, 2003 upon my plea of guilty to possession with the intent to distribute cocaine base/crack cocaine. My point level was 29, category VI. That range was 151 to 188 months. At that time, Your Honor granted me a downward departure to 132 months by reason of severe childhood abuse for which I had been evaluated.

As a result of the new crack law and sentencing scheme, I would respectfully request a lessening of my points and lowering of my sentence accordingly.

Thank you for your kind consideration.

Very truly yours,

David M. Caldwell

David M. Caldwell